# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

|                              |     |             |
|------------------------------|-----|-------------|
| **BOBBY R. KNOX, JR.,**      | )   |             |
|                              | )   |             |
| **Plaintiff,**               | )   |             |
|                              | )   | **1:14CV92** |
| **v.**                       | )   |             |
|                              | )   |             |
| **ARTHUR DAVIS, et al.,**    | )   |             |
|                              | )   |             |
| **Defendants.**              | )   |             |

## O-R-D-E-R

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on February 18, 2014, was served on the parties in this action. Petitioner objected to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that this action be filed and dismissed *sua sponte* without prejudice to Petitioner promptly filing a new complaint or habeas petition, on the proper forms, which corrects the defects cited in the recommendation and is filed in a proper district. A judgment dismissing this action will be entered contemporaneously with this Order.

_____
United States District Judge

Date: March 25, 2014